# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACARIAS GONZALEZ, | 1:09-cv-02149-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING DEFENDANT GUINN'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE |
| v. | |
| GUINN, et al., | (Doc. 37.) |
| Defendants. | |

Plaintiff Zacarias Gonzalez, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 30, 2009, and a scheduling order was issued on July 6, 2011. This action is currently in the discovery phase, on February 6, 2012, Defendant Guinn filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendant's motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **February 7, 2012**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE