UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZACARIAS GONZALEZ, | ) | 1:09-cv-02149-LJO-GSA-PC |
| Plaintiff, | ) ) | ORDER DIRECTING CLERK TO RE-SERVE SECOND INFORMATIONAL ORDER WITH RAND NOTICE UPON PLAINTIFF |
| vs. | ) ) ) | |
| CAPT. GUINN, | ) ) | (Doc. 22-1.) |
| Defendant. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2012, Defendant filed a motion for summary judgment. (Doc. 46.) By this motion, Defendant seeks to dismiss this action in its entirety.

On February 28, 2011, the Court issued the Second Informational Order, Motion to Dismiss Notice, and Summary Judgment Notice in this action, providing Plaintiff with notice pursuant to Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998), advising Plaintiff of his rights and responsibilities to oppose a motion for summary judgment such as that filed by Defendant in this action. (Doc. 22-1.) At this juncture, Plaintiff shall be provided with another copy of the Order/Notice. Woods v. Carey, No. 09-15548, 09-16113, 2012 WL 2626912 (9th Cir. July 6, 2012). Plaintiff is advised to immediately review the Order/Notice in its entirety for information pertaining to his opposition to Defendant's pending motion for summary judgment.

1

1     Accordingly, IT IS HEREBY ORDERED that the Clerk shall serve another copy of the Second
2 Informational Order, Motion to Dismiss Notice and Summary Judgment Notice (Doc. 22-1) upon
3 Plaintiff, for his review.

5     IT IS SO ORDERED.

6     **Dated:**   **July 16, 2012**           /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE