IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZACARIAS GONZALES, | ) | NO. 1:09 cv 02149 LJO GSA PC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| | ) | (ECF No. 45 ) |
| v. | ) | |
| | ) | |
| CAPT. GUINN, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 11, 2012, findings and recommendations were entered, recommending that Plaintiff's motion for summary judgment be denied. Plaintiff was provided an opportunity to file objections within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 11, 2012, are adopted in full;

2. Plaintiff's motion for summary judgment is denied.

IT IS SO ORDERED.

Dated:   August 22, 2012                   /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE